```
             IN THE UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

ROBERT J. JANKOSKY,            )
                               )
    Plaintiff,                 )
                               )
       v.                      )   Civil Action No. 04-1623
                               )   Judge Lancaster
WILDER & COMPANY, *et al*.,    )   Magistrate Judge Caiazza
                               )
                               )
    Defendants.                )

**ORDER**

IT IS HEREBY ORDERED that a Case Management Conference for the above-entitled action is now scheduled for **August 9, 2005, at 11:00 a.m.**

IT IS FURTHER ORDERED that counsel shall be prepared to address all items enumerated in Local Rule 16.1.2.


July 26, 2005              s/Francis X. Caiazza
                           Francis X. Caiazza
                           U.S. Magistrate Judge


cc:
Charles E. Boyle, Esq.
310 Grant Street, Suite 1420
Pittsburgh, PA 15219-2201

Mathew J. Carl, Esq.
Maureen E. Sweeney, Esq.
Ericson P. Kimbel, Esq.
436 Seventh Ave
1200 Koppers Bldg
Pittsburgh, PA 15219