UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

J. ROBERT JANKOSKY,

        Plaintiff,

v.

WILDER & COMPANY. LTD, P.C.,
A Pennsylvania Professional Corporation,
        and
DOMENICK A. VALORE, RICHARD BELL,
DAVID MUCHONEY, MICHAEL F. BYERS,
EDWARD S. MAHDIK,

        Jointly and Severally, Defendants.

Civil Action No.  04-1623
Judge Lancaster
Magistrate Judge Caiazza

## JOINT STIPULATION FOR SETTLEMENT

We the attorneys for the respective parties, do hereby stipulate that the parties have entered into a settlement agreement resolving all issues raised in the captioned case, and that the Court may enter an order accordingly, notice by the Clerk being hereby waived.

Respectfully submitted,

Diefenderfer Hoover Boyle & Wood

s/Charles E. Boyle
Charles E. Boyle, Esquire
Pa I.D. No. 22800
310 Grant Street, Suite 1420
Pittsburgh, PA 15219
(412) 471-1100
Counsel for Plaintiff

Respectfully submitted,

Bluming & Gusky, LLC

s/Ericson P. Kimbel
Matthew J. Carl Esquire
Pa. I.D. No 36611
Maureen E Sweeney, Esquire
Pa I.D. No 70497
Ericson P.. Kimbel, Esquire
Pa. I.D, No 85074
436 Seventh Avenue
1200 Koppers Building
Pittsburgh, PA 15219
(412) 227-2500
Counsel for Defendants

## ORDER

AND NOW, this 17th day of January, 2006, IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE